No. 712. SAXLEHNER *v.* EISNER & MENDELSON COMPANY No. 713, SAXLEHNER *v.* SIEGEL-COOPER COMPANY; No. 714, SAXLEHNER *v.* GIES; No. 715, SAXLEHNER *v.* MARQUET; and No. 716, SAXLEHNER *v.* NIELSEN. Second Circuit. Granted

March 6, 1899. *Mr. Joseph H. Choate, Mr. Arthur v. Briesen* and *Mr. Antonio Knauth* for petitioner. *Mr. Edmund Wetmore* and *Mr. Charles G. Coe* opposing.